# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Ahmad Azami Construction Company ) | ASBCA No. 61003 |
| ) | |
| Under Contract No. W91B4M-08-C-7237 ) | |

APPEARANCE FOR THE APPELLANT:   Mr. Ahmad Azami
                                Director

APPEARANCES FOR THE GOVERNMENT:   Raymond M. Saunders, Esq.
                                   Army Chief Trial Attorney
                                   CPT Sarah Park, JA
                                   Trial Attorney

## ORDER OF DISMISSAL

By Order dated 19 April 2017, the Board requested that appellant provide a copy of the claim it had submitted to the contracting officer prior to the filing of this appeal. In response, appellant has indicated that it desires to submit its claim to the contracting officer for a decision. The government has provided appellant with the contact information for the cognizant contracting officer.

By Order dated 26 April 2017, the Board informed the parties that it intended to dismiss this appeal unless either party objected within 14 days of the date of the Order. The Board has not received an objection from either party.

Accordingly, this appeal is dismissed without prejudice to the contractor's submittal of a claim to the contracting officer.

Dated:  22 May 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61003, Appeal of Ahmad Azami Construction Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals